IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA SARVEY,

    Plaintiff,

v.

JOHN WETZEL, *et al.*,

    Defendants.

NO. 3:16-CV-0974

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 21st day of June, 2016, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 2) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 2) is **ADOPTED in its entirety**.

(2) Plaintiff's action shall be transferred to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1406(a).

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge